An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

EMILIO BORJO TREJO,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 69354

**FILED**

DEC 3 1 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Richard Scotti, Judge.

The judgment of conviction was entered on August 19, 2015. The notice of appeal was filed in the district court on December 7, 2015, well after the 30-day period prescribed by NRAP 4(b)(1)(A). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

SUPREME COURT
OF
NEVADA

(O) 1947A

15-40128

cc: Hon. Richard Scotti, District Judge
Clark County Public Defender
Emilio Borjo Trejo
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk